**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINA OLSAUSKAS, et. al,           )<br>                                                   )<br>           Plaintiff,              )<br>                                                   )           Case No.: 1:24-CV-03764<br>v.                                              )           Honorable Mary R. Rowland<br>                                                   )<br>MINTO DEVELOPMENT CORP., et. al  )<br>                                                   )<br>           Defendant.          ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs Lina Olsauskas, Sandra Hegler, Joseph Gruber, Jonathan Williams, Melissa Schmidt, and Marquetta Williams and Defendants Minto Development, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money hereby notify this Court that they have settled this case in principle on an individual basis and expect to file dismissal papers within the next thirty (30) days.  The parties respectfully request that all deadlines be stayed until the settlement is complete.

Respectfully submitted,

| | |
|---|---|
| *s/ Tara L. Goodwin*<br>Daniel A. Edelman<br>Tara L. Goodwin<br>EDELMAN, COMBS, LATTURNER<br>        & GOODWIN, LLC<br>20 S. Clark Street, Suite 1800<br>Chicago, IL  60603<br>(312) 739-4200 | *s/ Amy Starinieri Gilbert*<br>Amy Starinieri Gilbert<br>McGUIRE WOODS LLP<br>77 W. Wacker Drive, Suite 4100 Chicago, IL  60601<br>(312) 849-8100 |

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, hereby certify that on Monday, October 28, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                           */s/Tara L. Goodwin*
                                                           Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
Email address for service: courtecl@edcombs.com