**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LINA OLSAUSKAS, et. al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:24-CV-03764 |
| v. ) | Honorable Mary R. Rowland |
| ) | |
| MINTO DEVELOPMENT CORP., et. al ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lina Olsauskas, Sandra Hegler, Joseph Gruber, Jonathan Williams, Melissa Schmidt, and Marquetta Williams and Defendants Minto Development, Benhti Economic Development Corporation, Douglas William Isaacson, and Minto Financial d/b/a Minto Money hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice with respect to the claims of the putative classes. Each Party shall bear its own fees and expenses.

Dated: November 8, 2024                                        Respectfully submitted,

*s/ Tara L. Goodwin*                                                  *s/ Amy Starinieri Gilbert (w/ consent)*
Daniel A. Edelman                                                   Amy Starinieri Gilbert
Tara L. Goodwin                                                       McGUIRE WOODS LLP
EDELMAN, COMBS, LATTURNER                        77 W. Wacker Drive, Suite 4100
    & GOODWIN, LLC                                               Chicago, IL  60601
20 S. Clark Street, Suite 1800                                  (312) 849-8100
Chicago, IL  60603
(312) 739-4200

1

2

## **CERTIFICATE OF SERVICE**

I, Tara L. Goodwin, hereby certify that on November 8, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which shall cause notification to be sent to all counsel of record.

*s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200